## Commonwealth *v.* McCoy, Appellant.

Before TAKIFF, J.

Argued December 8, 1975. *H. R. Switzer*, with him *Lee Mandell*, for appellant; *Mark Sendrow*, Assistant District Attorney, with him *Steven H. Goldblatt* and *Barry H. Oxenburg*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.